# One more thing

**From:** "ardifiore@gmail.com" <ardifiore@gmail.com>
**Subject: Contract Terms: Agent**
**Date:** November 7, 2017 at 6:11:34 AM EST
**To:** Gina Garan <ggaran@earthlink.net>

A lot to read, but I wanted to explain my thoughts behind each component:

Key Terms/Discussions:

- Season 10 Queens: I'm fine with splitting booking commissions on all S10 clients 50/50 if we are making this a team effort. I'll provide contracting and booking data from all my clients so that we can make sure we're pricing and negotiating in a uniform way. I do think that you should be the point-person for Monet and Miz, and I can take the lead on Kameron and Vixen (fingers crossed the other 3 sign & soon!). Monet and Miz will need your guidance to make sure they're staying on track, and that's something you can provide locally with bi-weekly meetings (what I do with every new client...we meet once every 2 weeks up until the show starts to touch base on deadlines, brainstorm, and keep things moving. But anyway, regarding the 50/50 split, I'm happy to honor that for any queens we sign from Season 10 and also Season 11. When that season rolls around we'll tackle it like a team. If the roster really swells after Season 11, then we should revisit this financial arrangement and make sure it's a win/win for both of us. If we get 4 queens from Season 10 and another 4 from S11, plus whoever else we sign in-between, it'll be really important for each of us to be the primary booking agent and project manager to a specific roster (even though overlap is bound to happen and encouraged). I just don't want any clients to feel ignored, ever, because they feel like we're handling too many people at once.
- Fulfillment: There is where I have to be a lot more careful because I've structured my business so that our fulfillment revenue covers all operating expenses. That'll be funding salaries, medical & dental contributions, office space next year...it'll pay for our new Brand Strategy Manager, who will be focused full-time on properly building out the web stores for all new clients, working with them to create exclusive merchandise for Drag Cons and tours, and coordinating with international fulfillment. I've thought deeply about how we can structure this, and I'm willing to give you 20% of Neverland's fees/commissions on any clients whose signing you're spearheading (Miz Cracker, Monet, Asia if we get her, any past season RPDR queens you bring into Fulfillment, etc.). Trust me when I say that 20% pays out like a giant 5-figure salary. Now we're adding a full-time staff member who will work for us to develop client web stores; we have a cutting-edge app that is lightyears beyond the tech being used by any other drag e-commerce site or artist; and we have international fulfillment centers launching soon. My goal is to triple Neverland's e-commerce in 2018 over 2017. If that happens, and if you can bring new clients to Fulfillment (even if they're not in the agency yet or ever), you could be getting huge checks every month just from this fulfillment commission. The 20% commissions will be in effect for as long as you are employed by Neverland.
- Drag Con Booth Services: This is a really lucrative new market I'm pursuing for next year. If you're interested, I'd love for you to partner with our General Manager Timmie on running this operation. Neverland queens always make $20K-40K at Drag Cons, yet there are many other queens who

**EXHIBIT A**

  break even. I'm going to offer design & booth support services to our clients but also queens who get no support on this because they've signed with PEG or Michael or Latrice. We can charge $2,000-$3,000 depending on the scope of the booth, plus any fees associated with staffing if we bring someone in as a team leader to manage sales and up-selling. We do booth services for Kim and Naomi, and I have some other queens interested. Plus we should get all of our S10 clients to use this service. The potential for next year is $20,000-$30,000 per Drag Con, most of which you and Timmie would split for running the operation.
- Pearl & top RPDR queens from past seasons: For Matt and any clients like Detox or Willam or someone from a past RPDR season who you've directly signed for Neverland, it makes most sense that you are their primary agent and can get clerical support from Timmie and Erika at Neverland. But my role with them would be more focused on large projects, company & brand development, and tours. I'll help with bookings as often as I can, but I'd like you to be the project manager and point person to your roster. For all of these bookings and deals, you would keep 80% of commission, and Neverland would keep 20% to go towards operating expenses and growth. Only exception is tours, which would be split 50/50. (NOTE: The Fulfillment commission listed above is universal and applies to any drag queen or any performing Artist or influencer who you bring into Neverland. For any and all clients you bring into the agency, your commission on fulfillment will be 20%).
- You'll be a 1099 contractor, paid once a month along with a monthly statement that gives a commission breakdown.
- ==Term of the agreement will be indefinite and will be exclusive (you can only book for Neverland artists for as long as you are employed by Neverland).==

If all goes well and we have a successful year and enjoy working together, ==I'd like to explore opening a Neverland office in NYC by 2019, and hire a couple staff who can provide support for your growth,== but will also be focused on signing non-drag clients to Fulfillment. I'd love for the NYC office to eventually spearhead expanding Fulfillment to other parts of the entertainment industry. That's key to getting into business with entertainment industry influencers who can open new mainstream doors for our drag queens.

Do you already have medical & dental btw, or would you like coverage on our group plan? Let me know and I'll get a quote (Neverland covers 25% of the policy), and both plans are PPO.

I feel strongly about the proposed terms though; I think they're fair and generous, and the payoff will be enormous if you build our NYC presence into something that wipes PEG off the map. I'm thrilled that you're also a very ambitious person. My ambition and drive are like spiritual parts of my core. I shared with you my idea about an investment fund to buy and take control of key clubs around the country where we can give our clients consistent bookings. That's one of many progressions that will happen in time. Eventually Neverland's fulfillment operation will be an e-commerce giant built on controlling intellectual property at a time when younger shoppers are abandoning department stores and big chain brands. I hope that your biggest takeaway from this long email is that you can turn this position into whatever you want, and it can evolve into a role as large and complex as you wish. ==I need your help in signing clients to Fulfillment so that international fulfillment and the Elite Queens app will roll out with tremendous and impressive scale.== Even if Detox and William and Alaska (etc) have an online store, they don't have international fulfillment, and they don't have their products available through a Facebook-integrated app with an ultra-quick and sophisticated checkout process. If we can get our foot in the door just sighing them for international, we'll eventually get all their fulfillment.