**EXHIBIT B**

5/25/18, 9:21 AM

Hey! Wanted to fill you in on something. Sasha was here for a long time last night. How much has she filled you in on re: Olive? Is there any chance you might be able to come to NYC in the next few weeks? I am VERY motivated and excited to help Sasha get some things in order, and she and Johnny are as well. I don't wanna go into it here…maybe we can chat about it at some point?

Also…look at this photo I took of Asia 3+ years ago



Hey! They've filled me in a lot, and I've been working with Neverland's lawyer on how to respond to this stuff. I think you'd be perfect to help Sasha get HoV in order though. I could definitely try and come out there soon.

Cool photo!!

> Ok, great. What do you think the best approach would be? I know one thing that she wants to figure out is if Olive has been honest re: the $ combining into HoV. My gut is that she hasn't. Is there a way to track all of the payments that should have come in since you started working w Sasha? I know that's a tall order. I'm going to her studio later today to have a conference call w an accountant that got Detox's finances in order. She also did 5 years of Matt's back taxes. We just want to feel her out. There's NO WAY Olive should have been COO of HoV. That's insane. Ugh, the whole thing is crazy……

> *coming

Yeah although that could take a while though, it already takes forever to do monthly statements, lol

> Is there a way I can do it by having access to Sasha's calendar?

Yeah let me talk to her and Johnny

> Ok, that would be great. I'm sure they'll go for that.

> I also wanna tell you about my idea for Nightgowns and Carnegie Hall. We're gonna meet with them on Wednesday. VERY exciting!

That's awesome!!! When would you do it? NY DragCon week?

Johnny said they're thinking about Justin Vivian Bond taking Olive's place?

> Yeah, I'm gonna talk to her about it today.