**From:** ardifiore@gmail.com
**Subject:** ardifiore@gmail.com has shared a calendar with you
**Date:** May 26, 2018 at 8:15 AM
**To:** gina@neverlandchicago.com

A

Hello gina@neverlandchicago.com,

We are writing to let you know that ardifiore@gmail.com has given you access to view events on the Google Calendar called "SASHA VELOUR".

We have automatically added this calendar to your Google Calendar account. You can hide or completely remove this calendar at any time.

- The Google Calendar Team

View Your Calendar.

**EXHIBIT C**