**Gina Garan**  Sent - Google    May 25, 2018 at 3:03 PM
Sasha    Details

To: Anthony DiFiore,    Cc: sashavelour@gmail.com,    johnny@houseofvelour.com

 New contact info found in this email: Gina Garan Gina@NeverlandChicago.com    add...

Hey Anthony!

Wanted to give you a quick update re: my meeting today with Sasha and Johnny (copied here). In the pursuit of continued financial solvency, we're trying to figure out a way to process what Olive/Douglas has done as well as create a transparent framework moving forward. One of the first steps would be for us/me to have access to Sasha's calendar and/or statements from her first days at Neverland through today. Among other things, we want to compare that info with bank deposits that have been made. I'll be on Fire Island all weekend and will have time to dig in on this, so if you're able to send this stuff sooner rather than later that would be amazing!

THANKS so much!

Gina Garan
Agent, Neverland Events & Artist Management
ph: (917) 721-0192
em: Gina@NeverlandChicago.com
www.NeverlandChicago.com

**GROUP EXHIBIT D**

**Gina Garan**  May 29, 2018 at 8:16 PM
Tony Rank/Martha's Vineyard w Cracker on 6/16 and more
To: Anthony DiFiore

 New contact info found in this email: Gina Garan Gina@NeverlandChicago.com    add...

Hey!

Quick question: did you get a check from Tony yet? He said he thinks it should have arrived today. Let me know, ok? Also wanted to let you know that Cracker sent a video for Dale Plourde to post this week. Should keep him happy for a bit.

Just got your note re: Monet. ARGH!! Are any of our other girls confirmed? I'm happy for Monet but sheesh!!

As mentioned, I'm meeting w Sasha tomorrow. I really want to talk to you about my involvement w her. I've written a number of times but you never reply. PLEASE know that I love working with you so much. It really is a dream job — and I would NEVER do anything to compromise it or you. This thing w Sasha came up out of the blue. She and Johnny asked me to meet with her while we were at DragCon. I had no idea why. It TRULY was about the things that Olive was pulling — and in the end, whatever they suspected ended up being true. She's left town with barely a trace. They want and need someone who can be on the frontline with them. Someone they can trust with day to day operations and in my opinion, isn't seeking fame or recognition — but someone who will literally keep there nose down and work, and be trustworthy and understand their specific ways. You have alot of clients and a big business to run. I have the time and bandwidth to micromanage Sasha and Johnny — but more than that, I have the passion and desire to do so. And, we all come from the same world in Brooklyn, so I really feel I understand them and their climate better than most. You'll see as we spend more time together that I don't have much of an ego and I really, REALLY want to see people succeed. Pairing us up could be a great thing for all of us. I know that what she brings to the company financially is a good chunk of how you operate. There's a way we can make this partnership happen without cutting into your bottom line. I really believe it's a win-win. Rather than spell it out here perhaps we can figure out a way to be in the same room together — me, you, Sasha and Johnny, to discuss it. As her brand (and Neverland in general) grows I think it's a great idea to have more hands on deck. They've both expressed an interest in involving me and I feel the same. BUT I need to know that you feel ok with it as well. By the way, the bigger part of why we're meeting tomorrow is to discuss doing Nightgowns at Carnegie Hall. I really wish you could be here for it but I understand. I'll take copious notes and we can discuss soon. While it may seem like a pipedream, it could actually happen, and if so it will be groundbreaking.

If ever there's a time that you feel I'm overstepping my boundaries please feel free to tell me. I want our relationship to be long and super successful — and I expect that there will be learning curves all over the place. If we can keep an open line of communication we'll be golden.

xoxo

Gina Garan
Agent, Neverland Events & Artist Management
ph: (917) 721-0192
em: Gina@NeverlandChicago.com
www.NeverlandChicago.com

**From:** Anthony DiFiore anthony@neverlandchicago.com
**Subject:** Re: Asana and more
**Date:** May 31, 2018 at 11:00 AM
**To:** Gina Garan gina@neverlandchicago.com



On the contrary, the way you've been acting has been opportunist, self-serving, and careless. Here's what's *actually* disrespectful: inappropriately blowing up your employer's phone with texts and emails after they've given you direct instructions and performance-related goals. You're more than welcome to do the job I hired you for, which is to work with our newest queens, or you can leave. Soliciting Neverland's accounts for your own personal gain, as you did with House of Velour, is actually a direct violation of the employment contract that you signed with us.

On Thu, May 31, 2018 at 9:50 AM, Gina Garan <gina@neverlandchicago.com> wrote:
> It's clear from the changes that you made last night and this morning that something is afoot. Rather than go back and forth we really should have a phone conversation and/or a face to face. I don't know who you think I am, or what my intentions are, but the way you're treating me is incredibly disrespectful and unwarranted. I'm home today if you want to talk.
>
>
> Gina Garan
> Agent, Neverland Events & Artist Management
> ph: (917) 721-0192
> em: Gina@NeverlandChicago.com
> www.NeverlandChicago.com

--
--
**Anthony DiFiore**
President, Neverland Events & Artist Management
**ph:** (610) 937-6601
**em:** Anthony@NeverlandChicago.com
www.NeverlandChicago.com

**Confidentiality Notice:** This email message, including any and all attachments, is for the sole use of the intended recipient(s). There may be confidential and privileged information included. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.



**From:** Gina Garan gina@neverlandchicago.com
**Subject:** Re: Monet Xchange availability
**Date:** May 30, 2018 at 11:36 AM
**To:** Anthony DiFiore anthony@neverlandchicago.com

Well I honestly hope you will revisit this. And I really wish you would hear me out. After the nightmare at DragCon I think we need to band together and do what we can to keep all of your clients as happy as possible.

In the meantime, for me to be really efficient w the S10 girls, can you keep me completely up to speed w what you're booking for them? I had no idea re WTW nor did I realize that Monique was being contracted for the S10 tour. I'm specifically interested in keeping track of Monet and Cracker as I feel personally responsible for getting them to Neverland. As far as helping The Vixen and Monique book other gigs, we both know it's a harder sell but I'll keep at it.

We should work out a gameplan for Monet and her All Stars gigs. Let me know when you want to talk.


Gina Garan
Agent, Neverland Events & Artist Management
ph: (917) 721-0192
em: Gina@NeverlandChicago.com
www.NeverlandChicago.com

> On May 30, 2018, at 10:15 AM, Anthony DiFiore <anthony@neverlandchicago.com> wrote:
>
> No, that's not necessary, I won't change my mind.
>
> On Wed, May 30, 2018 at 9:06 AM, Gina Garan <gina@neverlandchicago.com> wrote:
>> Can was please discuss this by phone?
>>
>> Gina Garan
>> Agent, Neverland Events & Artist Management
>> ph: (917) 721-0192
>> em: Gina@NeverlandChicago.com
>> www.NeverlandChicago.com
>>
>>> On May 30, 2018, at 10:02 AM, Anthony DiFiore <anthony@neverlandchicago.com> wrote:
>>>
>>> Sure, so I actually discussed with Sasha and Johnny and asked them to use a CPA or licensed accountant, since they'll be able to do a proper audit. I would prefer to handle all business matters related to HoV. If you're helping them as a friend then it's a conflict of interest with Neverland, and if you're helping them through Neverland, then that never went through the chain of command, and wasn't approved. I am very grateful for all you do for our S10 queens, but am extremely firm about personally handling Sasha, Shea, Kim, Naomi, and now Matt. I appreciate that you want to help, but I actually need your help a lot more with finding gigs for Vixen and Monique. Monique and I have been emailing, and she's totally fine with Neverland being a booking agent without being her management company. She actually agreed to do the S10 tour and I'm contracting it today. If you could focus that energy on getting gigs for these two, cold calling new gigs & universities, and finding them opportunities even if they pay less than what Cracker and Monet are getting, that would be an ENORMOUS help. Monet and Cracker's calendars have really filled up, and right now Vixen and Monique need your attention the most.
>>>
>>> On Wed, May 30, 2018 at 8:54 AM, Gina Garan <gina@neverlandchicago.com> wrote:
>>>> Ok, great. I know she's really into this. If you want me to help, I'm here!
>>>>
>>>> I imagine you're busy this morning but I would really love to hear from you re: my note about Sasha. If you prefer to chat by phone let me know!
>>>>
>>>> Thanks,
>>>>
>>>> Gina Garan
>>>> Agent, Neverland Events & Artist Management
>>>> ph: (917) 721-0192
>>>> em: Gina@NeverlandChicago.com
>>>> www.NeverlandChicago.com
>>>>
>>>>> On May 30, 2018, at 8:58 AM, Anthony DiFiore <anthony@neverlandchicago.com> wrote:
>>>>>
>>>>> Already on it.
>>>>>
>>>>> **Anthony DiFiore**