**From:** Anthony DiFiore anthony@neverlandchicago.com
**Subject:** Re: Shea and Naomi and MAC
**Date:** May 29, 2018 at 4:27 PM
**To:** Gina Garan gina@neverlandchicago.com



Monet is leaving tomorrow and will come back on Monday! Unfortunately I can't come tomorrow, way too much going on here in the office to take care of this week. I'm going to plan on coming to one of the July shows that she does with Daniel Cole. Excited to hear how the show goes though.

On Tue, May 29, 2018 at 9:12 AM, Gina Garan <gina@neverlandchicago.com> wrote:
> Hey!
>
> Hope you had a good weekend!
>
> I had Vixen's name in at MAC from the start. She's still in the running. Just wanted to give them as many options as possible. The contracts for Sasha and Cracker are in and we should get a deposit today or tomorrow.
>
> That's great re: Monet. I though he was mistaken when he said WTW. When is he going?
>
> Do you think there's any chance you can come to NY tomorrow? All 3 of Cracker's shows are officially sold out. Very impressive! Based on what Chip has said, she should take in about $6K for the night. I held seats back so we can go if you're here. I know Sasha really wants to meet up as well. Fingers crossed you can make it.
>
> Are we doing our call today? Let me know!
>
> Gina Garan
> Agent, Neverland Events & Artist Management
> ph: (917) 721-0192
> em: Gina@NeverlandChicago.com
> www.NeverlandChicago.com
>
>> On May 29, 2018, at 9:22 AM, Anthony DiFiore <anthony@neverlandchicago.com> wrote:
>>
>> How about The Vixen for June 10th?
>>
>> On Sun, May 27, 2018 at 4:41 PM, Gina Garan <gina@neverlandchicago.com> wrote:
>>> Hey!
>>>
>>> Just wanna let you know that Shea and Naomi are both no-gos for MAC and Pride. I'll take the dates off their calendars. Sasha and Cracker are happening for sure. Contracts were sent 2 days ago.
>>>
>>> Hope you're having a good weekend!
>>>
>>> Gina Garan
>>> Agent, Neverland Events & Artist Management
>>> ph: (917) 721-0192
>>> em: Gina@NeverlandChicago.com
>>> www.NeverlandChicago.com
>>
>>
>> --
>> --
>> **Anthony DiFiore**
>> President, Neverland Events & Artist Management
>> **ph:** (610) 937-6601
>> **em:** Anthony@NeverlandChicago.com
>> www.NeverlandChicago.com
>>
>> **Confidentiality Notice:** This email message, including any and all attachments, is for the sole use of the intended recipient(s). There may be confidential and privileged information included. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.

--

**EXHIBIT E**