

Ms. Gina Garan,

With this letter we inform you that as of this moment you will no longer be an independent contractor of Neverland Events and Artist Management Corp ("Neverland"). This includes the immediate termination of the Independent Contractor Agreement executed by you November 19, 2017. Your conduct was found to be specifically in violation of said Agreement and the Confidentiality, Non-Competition and Non-Solicitation Agreement. Specifically, we refer to:

- Solicitation of Neverland's clients or accounts
- Harassment of Neverland's clients or accounts

Neverland gives serious attention to all policies governing its operations. By disregarding them and creating an unpleasant environment, you have jeopardized the well being of our business and your colleagues. The breach of the Independent Contractor Agreement and the Confidentiality, Non-Competition and Non-Solicitation Agreement is incurable.

Upon termination, all benefits associated with your position will cease to be valid. You are requested to return all Neverland property in your possession. Further, you must immediately delete all electronic property of Neverland and all access to Neverland databases and equipment will be severed. Any information that you received in the course of your work, regarding Neverland's customers, company, partners etc. must not be disclosed to any party. Such information must also be deleted from all your personal devices.

Keep in mind that you are bound by the Confidentiality, Non-Competition and Non-Solicitation Agreement that was executed by you on November 19, 2017 (attached) for 12 months after this termination. Specifically, we would draw your attention to:

1. (11)(e) Duty of Confidentiality.
2. (11)(f) Return of Confidential Information and Company Property. All confidential information stored on your computers, phones, hard drives, and other devices must be permanently destroyed. All contact information for Neverland's clients, accounts, customers, and prospective customers and accounts must be deleted and abandoned.
3. (11)(h) Non-Competition.
4. (11)(i) Non-Solicitation of Customers, Customer Prospects, and Contractors.

---

351 West Hubbard • Suite 602 • Chicago, IL • 60654 • Phone: 312.595.0303 • Fax: 877.848.0373

www.kbrownlaw.com

**EXHIBIT F**

# KB LAW

Failure to strictly abide by the terms of the Confidentiality, Non-Competition, and Non-Solicitation Agreement will result in irreparable harm to Neverland and may result in suit being filed against you for damages.

You are entitled to all commissions earned on <u>fully executed contracts</u> made prior to your termination, Net 30 from the date that the Company receives payment on each contract. Commissions will not be paid on incomplete contracts that are still being negotiated or finalized and have yet to be signed by both parties.

This decision is non-reversible.

Kimberly B. Mosberg
Attorney for Neverland
kbrown@kbrownlaw.com